IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-17099__   U.S. District Court Case No. __CV 04-00737 SOM__

Short Case Title __Francovic, et al v. City and County of Honolulu, et al__

Date Notice of Appeal Filed by Clerk of District Court __Oct. 26, 2005__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 29 2005
at __8__ o'clock and __35__ min __A__ M
SUE BEITIA, CLERK

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| April 11, 2005 | Debra Chun | Motion to Dismiss |
|  |  | ~~Voir Dire~~ |
| September 19, 2005 | Debra Chun | Motion to Dismiss |
|  |  | ~~Opening Statements~~ |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
|  |  | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
11 23 2005
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __11/23/05__   Estimated date for completion of transcript _____

Print Name of Attorney __SHAWN A. LUIZ__   Phone Number __538-0500__

Signature of Attorney _____

Address
SHAWN A. LUIZ
Attorney at Law
City Center, Suite 800
810 Richards Street
Honolulu, Hawaii 96813

SECTION B - To be completed by court reporter

I, __[signature]__ (signature of court reporter) have received this designation.
(✓) Arrangements for payment were made on __12/21/2005__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__45__ Approximate Number of Pages in Transcript--Due Date __12/27/2005__

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __12/27/2005__   Court Reporter's Signature __[signature]__

NOTE: 4/11/05 filed 6/8/05

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn   __12/29/05__   BY: __Alison Greaney__
(U.S. District Court Clerk)   (date)   DEPUTY CLERK