UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 27 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM FRANKOVIC,<br><br>Plaintiff,<br><br>and<br><br>GEORGE FOX; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU; et al.,<br><br>Defendants - Appellees. | No. 05-17099<br><br>D.C. No. CV-04-00737-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 29 2006

at 11 o'clock and 10 min. __ M
SUE BEITIA, CLERK

The court is in receipt of appellant's correspondence dated June 22, 2006, requesting voluntary dismissal of this appeal. The court construes appellant's letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

_____
David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2005\05-17099\06-06-27-dism.wpd

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 7 2006

by
Deputy Clerk